UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Lia Lando

vs.                                    Civil Case No. 6:25-cv-06440

Scripps Media, Inc.
d/b/a WKBW-TV

**DISCLOSURE STATEMENT**
**Nongovernmental Corporation Disclosure**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for Scripps Media, Inc. d/b/a WKBW-TV, a party to, or who seeks to intervene in, the above-captioned action, certifies that any parent corporations of said party, and/or publicly held corporation owning 10% or more of stock of said party, are identified below:

The E.W. Scripps Company (Parent Company);

or

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), the undersigned counsel for _____, a party to, or who seeks to intervene in, the above-captioned action, certifies that there are no parent corporations of said party and no publicly held corporation owning more than 10% of its stock.

8/22/2025                              *s/Amy J. Traub*
Date                                   Signature of Attorney